**FILED**
CLERK, U.S. DISTRICT COURT

10/18/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ TV _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 2:23-cr-00512-PA |
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 1705: Breaking Into Mail Receptacles; 18 U.S.C. § 1708: Mail Theft and Possession of Stolen Mail] |
| ISIDRO TOPETE, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE THROUGH FOUR

[18 U.S.C. § 1705]

On or about the following dates, in Los Angeles County, within the Central District of California, defendant ISIDRO TOPETE willfully and maliciously injured, and broke open authorized mail

//

//

//

//

receptacles, which were intended and used for the receipt and delivery of mail matter on a route of the United States Postal Service:

| COUNT | DATE | MAIL RECEPTACLE LOCATION |
|-------|------|--------------------------|
| ONE | January 29, 2023 | Encino Village Apartments located at 6021 Lindley Avenue, Tarzana, California |
| TWO | February 2, 2023 | White Oak Lassen Apartments located at 9907 White Oak Avenue, Northridge California |
| THREE | February 6, 2023 | Encino Village Apartments located at 6021 Lindley Avenue, Tarzana, California |
| FOUR | February 8, 2023 | Encino Village Apartments located at 6021 Lindley Avenue, Tarzana, California |

COUNT FIVE

[18 U.S.C. § 1708]

On or about September 6, 2023, in Los Angeles County, within the Central District of California, defendant ISIDRO TOPETE unlawfully possessed mail and mail matter that had been stolen and taken from the United States mail, namely, approximately 22 pieces of mail addressed to various residents of the White Oak Lassen Apartments located at 9907 White Oak Avenue, in Northridge, California, and others, and at that time and place, defendant TOPETE knew that said mail and mail matter were stolen.

COUNT SIX THROUGH EIGHT

[18 U.S.C. § 1708]

On or about the following dates, in Los Angeles County, within the Central District of California, defendant ISIDRO TOPETE stole, took, and abstracted mail and mail matter from and out of a letter box, mail receptacle, mail route, and authorized depository for mail matter, namely, mailboxes at the following apartment complex,

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

1  with the intent to deprive the owners of the mail and mail matter,

2  temporarily and permanently, of its use and benefit:

| COUNT | DATE | MAIL RECEPTACLE LOCATION |
|-------|------|--------------------------|
| SIX | January 29, 2023 | Encino Village Apartments located at 6021 Lindley Avenue, Tarzana, California |
| SEVEN | February 6, 2023 | Encino Village Apartments located at 6021 Lindley Avenue, Tarzana, California |
| EIGHT | February 8, 2023 | Encino Village Apartments located at 6021 Lindley Avenue, Tarzana, California |

                                        A TRUE BILL


                                        _____/S/_____
                                        Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division



SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

IAN V. YANNIELLO
Assistant United States Attorney
Deputy Chief, General Crimes
Section

COLIN S. SCOTT
Assistant United States Attorney
General Crimes Section